Thomas J. DEVLIN, Petitioner,

v.

OFFICE OF COMPLIANCE, Respondent,

and

Office of the Architect of the Capitol, Respondent.

No. 04–6006, 05–6002.

United States Court of Appeals, Federal Circuit.

March 14, 2006.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

### Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36